**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
**Attorney at Law**
**2150 River Plaza Drive, Suite 164**
**Sacramento, California 95833**

**Telephone: (916) 922-2255**

**Counsel for Defendant GORDON OWEN MILLER**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs,<br><br>DONNIE JO PHILLIPS, GORDON OWEN MILLER, PHYLISS MOSHER,<br><br>    Defendants. | Case No.: 2:15-CR-00081 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the previously scheduled status conference presently on the court calendar for Tuesday, April 12, 2016 be vacated and continued without appearance to **Tuesday, June 28, 2016 at 9:15 a.m. for Status Conference**.

The purpose of this stipulation is to allow Mr. Miller's defense time to conduct additional investigation for purposes of plea negotiation or jury trial and meaningful status conference. The parties agree that they may be able to provide the appropriate input as to trial dates or other disposition at the next appearance proposed herein.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the previously set date of April 12, 2016, up to and including the proposed status conference date of June 28, 2016.

Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Respectfully submitted,**

**DATED:  April 8, 2016**

*/s/ Robert M. Holley*
**Robert M. Holley, Esq.**
**Counsel for Mr. Gordon Miller**

**DATED:  April 8, 2016**

*/s/ David W. Dratman  (by RMH)*
**David W. Dratman, Esq.**
**Counsel for Mr. Donnie Jo Phillips**

**DATED:  April 8, 2016**

*/s/ Olaf W. Hedberg  (by RMH)*
**Olaf W. Hedberg, Esq.**
**Counsel for Ms. Phyliss Mosher**

**DATED:  April 8, 2016**

*/s/ Jason Hitt  (by RMH)*
**Jason Hitt, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

**ORDER**

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv). The previously set date for Status Conference of April 12, 2016 is hereby vacated, and the matter is set on the Court's law and motion calendar for Status Conference for **Tuesday, June 28, 2016 at 9:15 a.m.**

**Dated: April 8, 2016**

**/s/ John A. Mendez**
**The Honorable John A. Mendez**
**United States District Court Judge**
**Eastern District of California**