**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
**Attorney at Law**
**2150 River Plaza Drive, Suite 164**
**Sacramento, California 95833**

**Telephone: (916) 922-2255**

**Counsel for Defendant GORDON OWEN MILLER**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 2:15-CR-00081 JAM** |
| **Plaintiff,** | **STIPULATION AND  ORDER CONTINUING JURY TRIAL, TRIAL CONFIRMATION, AND SETTING MOTION SCHEDULE** |
| **vs,** | |
| **DONNIE JO PHILLIPS, GORDON  OWEN MILLER, PHYLISS MOSHER,** | |
| **Defendants.** | |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the previously scheduled jury trial, trial confirmation hearing, and motion schedule be continued as follows:

Defense motions due **January 4, 2017**

Government reply due **January 30, 2017**

Defense closing briefs due **February 13, 2017**

Motions hearing **February 28, 2017 at 9:15 a.m.**

Trial confirmation hearing continued from January 17, 2017 to **March 14, 2017 at 9:15 a.m.**

Jury trial continued from February 13, 2017 to **April 17, 2017 at 9:00 a.m.**

The purpose of this stipulation is to allow Mr. Miller's expert in GPS and cellular data, Mr. Rob Beegle, to conduct an in-depth review of the data and procedures used in this case by law enforcement to conduct the case-related electronic surveillance.   The government is in the process of providing additional necessary information concerning the equipment and procedures needed for a constitutionally adequate and necessary analysis.  Mr. Beegle estimates that he will need approximately 60 days from the time he receives the balance of this information to complete the examination.

The parties stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the previously set for jury trial of date of  February 13, 2017, up to and including the proposed date for commencement of trial of April 17, 2017.

Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Respectfully submitted,**

**DATED:  October 17, 2016**

*/s/ Robert M. Holley*_____
**Robert M. Holley, Esq.**
**Counsel for Mr. Gordon Miller**

**DATED:  October 17, 2016**

*/s/ David W. Dratman  (by RMH)*_____
**David W. Dratman, Esq.**
**Counsel for Mr. Donnie Jo Phillips**

**DATED:  October 17, 2016**

*/s/ Olaf W. Hedberg  (by RMH)*_____
**Olaf W. Hedberg, Esq.**
**Counsel for Ms. Phyliss Mosher**

**DATED:  October 17, 2016**

*/s/ Jason Hitt   (by RMH)_____*
**Jason Hitt, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

## ORDER

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv).  The previously set dates for all matters referenced in the above Stipulation are hereby vacated and the matters are reset in accordance with the stipulation set forth herein above.

**Dated: October 18,  2016**

*/s/ John A. Mendez_____*
**The Honorable John A. Mendez**
**United States District Judge**
**Eastern District of California**