1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )      Case №: 2:15-cr-00081-JAM
                                      )
9              Plaintiff,             )              **O R D E R**
                                      )         **APPOINTING COUNSEL**
10             vs.                    )
                                      )
11   PHYLISS MOSHER,                  )
                                      )
12             Defendant.             )
     _____)

13

14         The above named Defendant has, under oath, sworn or affirmed as to his or her financial

15   inability to employ counsel or has otherwise satisfied this Court that she is financially unable to

16   obtain counsel and wishes counsel be appointed to represent his or her on Compassionate

17   Release.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18

18   U.S.C. § 3006A,

19         IT IS HEREBY ORDERED that Brian McComas is appointed to represent the above

20   defendant in this case effective *nunc pro tunc*  to  February 25, 2021, substituting the Federal

21   Defenders Office appointed per G.O. 595.

22

23         This appointment shall remain in effect until further order of this court.

24

25

26   Dated:  March 2, 2021              /s/ John A. Mendez
                                        _____
27                                      THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

28

                                          -1-